JUDGE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5562RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER FOR PSYCHIATRIC EXAMINATION AND COMPETENCY HEARING |
| MARY ALICE REYNOLDS, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court upon the motion of the defendant for an order directing a psychiatric examination pursuant to 18 U.S.C. § 4241(a), and the Court having heard and considered said motion, and there being no objection from the Government, it is hereby

ORDERED THAT a psychiatric examination be conducted on defendant Mary Reynolds; and

IT IS FURTHER ORDERED that the examination will be arranged by the defense and a report of the examination will be filed with the Court and served on the Government, for further proceedings consistent with its recommendations.

DONE this 15th day of September, 2005.

*Ronald B. Leighton* (signature)

Ronald B. Leighton
United States District Judge

Prepared by:
*/s/ Colin A. Fieman*
COLIN A. FIEMAN
Assistant Federal Public Defender

ORDER DIRECTING A PSYCHIATRIC EXAMINATION – 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
53) 593-6710