Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-5562RBL |
| Plaintiff, | COMPETENCY ORDER |
| v. | |
| MARY ALICE REYNOLDS, | |
| Defendant. | |

After considering the evidence, the Court finds by a preponderance of the evidence that the defendant, MARY ALICE REYNOLDS, is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her, or to assist properly in her defense, it is, therefore, HEREBY ORDERED pursuant to Title 18, United States Code, Section 4241(d)

That defendant MARY ALICE REYNOLDS BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL. The Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability, that in the foreseeable future, she will attain the capacity to permit the trial to proceed; and, for an additional reasonable period of time until either her mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time she will attain the capacity to permit

COMPETENCY ORDER - 1
Reynolds, CR05-5562RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800

1  the trial to proceed; or, the pending charges against her are disposed of according to law;
2  whichever is earlier.
3         It is further Ordered that the Attorney General prepare a status report on its
4  prognosis regarding defendant's competency no later than four months from the date of
5  this order.
6         IT IS SO ORDERED this 4th day of January, 2006.

          *[signature]*
          RONALD B. LEIGHTON
          UNITED STATES DISTRICT JUDGE

9  Presented by:

10  s/ David Reese Jennings
    DAVID REESE JENNINGS
11  Assistant United States Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPETENCY ORDER - 2
Reynolds, CR05-5562RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800