JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5562RBL |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| MARY ALICE REYNOLDS, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court upon the motion of the defendant for an order directing a psychiatric examination pursuant to 18 U.S.C. § 4241(a), and the Court having considered the results of the examination, wherein Ms. Reynolds was found incompetent and likely not dangerous, and having heard from the Government and Ms. Reynolds's counsel, it is hereby

ORDERED THAT Mary Reynolds be transported from the Federal Medical Center/ Carswell to the Western District of Washington as soon as practicable; and

IT IS FURTHER ORDERED that the U.S. Marshals detain Ms. Reynolds at the Pierce County Jail upon her arrival in the Western District of Washington, and that she remain there until further order of the Court; and

ORDER DIRECTING A PSYCHIATRIC EXAMINATION – 1

1   IT IS FURTHER ORDERED that the U.S. Marshals notify the Court of Ms.
2  Reynolds's anticipated date of arrival at the Pierce County Jail.
3   DONE this 14th day of June, 2006.

   RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Colin A. Fieman*
COLIN A. FIEMAN
Assistant Federal Public Defender