Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARY ALICE REYNOLDS,<br><br>　　　　　　　Defendant. | NO.   CR05-5562RBL<br><br>ORDER OF DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, by and through John McKay, United States Attorney for the Western District of Washington, and David Reese Jennings, Assistant United States Attorney for said District

HEREBY dismisses the Indictment against MARY ALICE REYNOLDS without prejudice. Defendant MARY ALICE REYNOLDS has been in custody for more than a year, a significant amount of time. Moreover, the director of mental health services for Pierce County Jail has indicated that Defendant Reynolds will be referred for consideration for civil commitment upon her release from federal custody.

DATED this 7th day of August, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
s/ David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

Order of Dismissal/Reynolds
CR05-5562RBL  - 1

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800