HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARY ALICE REYNOLDS,

Defendant.

Case No. CR05-5562RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon two letters from defendant inquiring about the status of some of her personal property [Dkt. #'s 37, 38].

The Court is unaware of what, if any, of defendant's property may be in the government's possession as a result of the arrest and indictment (subsequently dismissed) of the defendant. The Court therefore requests that the United States Attorney's Office inquire of the relevant investigating agencies and the United States Marshal's Service whether they possess any of the defendant's personal property. The United States Attorney's Office shall inform this Court of its findings by January 12, 2007.

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 21st day of December, 2006.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1