HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARY ALICE REYNOLDS,

    Defendant.

Case No. CR05-5562RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon the Government's Response to Defendant's Request for Return of Property.

Having considered the entirety of the records and file herein, the Court rules as follows:

Based upon several letters received from Ms. Reynolds inquiring about her property, this Court requested that the United States Attorney's Office investigate the matter and report to the Court. The government has reported the status of Ms. Reynolds' property. According to Small Business Administration, Office of Inspector General Special Agent Kari Overson, the government returned personal property belonging to Ms. Reynolds on October 20, 2006. The Government retained documents, however, that Ms. Reynolds possessed when arrested. The Government shall provide the disputed documents to the Court on or before January 31, 2007. The Court will review the documents in-camera and determine what documents should be returned to Ms. Reynolds.

**IT IS SO ORDERED.**

ORDER
Page - 1

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 18th day of January, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 2