HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARY ALICE REYNOLDS,<br><br>    Defendant. | Case No. CR05-5562 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Investigation of Personal Items [Dkt. #38].

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Upon defendant's arrest, the government seized various documents from the defendant. She has moved to have those documents returned to her. The Court has reviewed the documents in camera and with the exception of a few documents which contain personal information not readily available publicly about some of the victims of defendant's crimes and other documents which were used to perpetrate defendant's fraudulent activities, the government is directed to return the seized documents to the defendant. The Court will retain the documents which contain personal information not readily available publicly and documents which were used to perpetuate defendant's fraudulent activities until the time for appeal has run. The

government shall return to the defendant those documents not retained by the Court together with a copy of this Order. The Clerk shall send a copy of this Order to the defendant at 5210 South State Street, Tacoma, WA 98409.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 3rd day of July, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE